# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:10CV10-RJC-DSC

| | |
|---|---|
| ROBYN JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>Defendant. )<br>)<br>) | **ORDER** |

**THIS MATTER** is before the Court on the "Petition for Admission Pro Hac Vice by Robert M. Wood" (document #6). For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: March 9, 2010

David S. Cayer
United States Magistrate Judge